1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7   THE SEASONS HOMEOWNERS          )
    ASSOCIATION, INC.,              )
8                                   )
                         Plaintiff, )        Case No. 2:11-cv-01875-KJD-PAL
9                                   )
    vs.                             )        **ORDER**
10                                  )
    RICHMOND AMERICAN HOMES OF      )        (Mot Stay - Dkt. #39)
11  NEVADA, INC.,                   )
                                    )
12                       Defendant  )
    _____)
13

14       Before the court is an Expedited Ruling Request: Defendant/Third-Party Plaintiff Richmond

15   American Homes of Nevada, Inc.'s Motion to Stay Oral Argument on Motion to Compel Arbitration on

16   an Order Shortening Time (Dkt. #39).  The motion asks the undersigned to vacate a hearing scheduled

17   for April 26, 2012, on Defendant's Motion to Compel Arbitration (Dkt. #25).  The request was made

18   because a motion to transfer this case to other cases that have been consolidated before Chief Judge

19   Robert C. Jones was pending before the district judge.  Chief Judge Jones has consolidated a number of

20   related cases before him in the interest of judicial economy and to alleviate the risk of inconsistent

21   rulings, and has decided a number of contested motions.  Under these circumstances, Richmond

22   requests that the court stay oral argument on the motion to compel arbitration until after the motion to

23   transfer is decided.  Plaintiff did not file an opposition to the motion to transfer.

24       On April 19, 2012, the district judge entered an Order (Dkt. #41) granting the motion to transfer

25   and consolidating this case with the other consolidated actions in the related cases.  Accordingly,

26       **IT IS ORDERED** that:

27       1.    Defendant/Third-Party Plaintiff's Motion to Stay Oral Argument on Motion to Compel

28           Arbitration on and Order Shortening Time (Dkt. #39) is **GRANTED**.

1    2.    The hearing set for April 26, 2012, at 10:30 a.m. is **VACATED**.

2    Dated this 20th day of April, 2012.

3

4    _____

5    Peggy A. Leen
     United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2