UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| THE SEASONS HOMEOWNERS ASS'N, INC.,<br><br>      Plaintiff,<br><br>vs.<br><br>RICHMOND AMERICAN HOMES OF NEVADA, INC.,<br><br>      Defendant. | Case No. 2:11-cv-01875-RCJ-PAL<br><br>**ORDER**<br><br>(Substitution of Counsel - Dkt. #58) |

  This matter is before the court on a Substitution of Attorneys (Dkt. #58). It seeks to substitute LeAnn Sanders in the place and stead of Tomas V. Mazeika as counsel for Third-Party Defendant Brasscraft Manufacturing Company. LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and shall bear the signature of the attorneys and the client represented. It provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." This case was removed to this court on November 21, 2011. There is currently a Motion to Consolidate and Transfer (Dkt. #53) pending before the district judge. Accordingly,

  **IT IS ORDERED** that Third-Party Defendant Brasscraft Manufacturing Company's request to substitute LeAnn Sanders in the place and stead of Tomas V. Marzeika is GRANTED, subject to the provisions of LR IA 10-6(c) and (d).

  Dated this 30th day of July, 2012.

                     _____
                     PEGGY A. LEEN
                     UNITED STATES MAGISTRATE JUDGE